# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

## JUDGMENT IN A CIVIL CASE

DAVID A. WILLIAMS,

v.

CORRECTIONS CORPORATION        CASE NUMBER:    1:05-1030-T/An
OF AMERICA, ET AL.,

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 6/7/2005, this case is hereby DISMISSED. It is further CERTIFIED that any Appeal by plaintiff is not taken in good faith.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

ROBERT R. Di TROLIO
CLERK

6/9/05                    BY:    _C. Hurd_
DATE                              DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6/10/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01030 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

David Williams
W.C.F.A.
334807
P.O. Box 679
Whiteville, TN 38075--067

Honorable James Todd
US DISTRICT COURT